# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD MAURO,

        **Plaintiff,**

v.                                                 **CIVIL ACTION NO. 04-CV-840 DRH**

**WEXFORD HEALTH SOURCES, INC.,**
**MICHAEL R. OWENS, and**
**FRANCES KAYIRA,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came to hearing before the Court on Defendant Frances Kayira's Motion for Summary Judgment.

      **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Judgment is entered in favor of Defendant **FRANCES KAYIRA** and against Plaintiff **RONALD MAURA**.

      **IT IS THE FURTHER ORDERED AND ADJUDGED** that the case against Defendants **WEXFORD HEALTH SOURCES, INC**. and **MICHAEL R. OWENS** is **DISMISSED** with prejudice.

                                  **NORBERT G. JAWORSKI, CLERK**

January 28, 2008                         BY:   /s/Patricia Brown
                                                   Deputy Clerk

                  /s/      DavidRHerndon
APPROVED:
                  **CHIEF JUDGE**
                  **U.S. DISTRICT COURT**